UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMAL J ELLIS,

Plaintiff,

v.

WASHINGTON STATE DEPARTEMENT OF CORRECTIONS,

Defendant.

CASE NO. C14-5765 RBL-JRC

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation;

2. Plaintiff's application to proceed in forma pauperis is **DENIED**.

3. The Clerk shall file the complaint only on receipt of the usual filing fee. If no filing fee is paid within 30 days of the date of this Order, the Clerk shall close the file.

Dated this 15th day of December, 2014.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE